February 27, 2014



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

MAYOR ANNISE PARKER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY, Appellant

NO. 14-13-00031-CV                    V.

AFEWORK HUNEGNAW, Appellee

_____

This cause, an appeal from the "ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DEFENDANT MAYOR ANNISE PARKER'S MOTION FOR SUMMARY JUDGMENT," signed December 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Mayor Annise Parker, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.